IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Swinock, Raylene M

Printed: 2/26/08

Case Number: 05 B 29704
Judge: Wedoff, Eugene R
Filed: 7/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: September 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,198.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 17,116.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,355.20 |
| Trustee Fee: |  | 1,080.21 |
| Other Funds: |  | 2,645.72 |
| Totals: | 23,198.00 | 23,198.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,355.20 | 2,355.20 |
| 2. | ECast Settlement Corp | Unsecured | 1,027.21 | 1,027.21 |
| 3. | Premier Bankcard | Unsecured | 397.93 | 397.93 |
| 4. | Premier Bankcard | Unsecured | 396.54 | 396.54 |
| 5. | Emerge Mastercard | Unsecured | 3,455.77 | 3,455.77 |
| 6. | Capital One | Unsecured | 2,266.29 | 2,266.29 |
| 7. | ECast Settlement Corp | Unsecured | 333.48 | 333.48 |
| 8. | Capital One | Unsecured | 2,812.65 | 2,812.65 |
| 9. | Capital One | Unsecured | 609.69 | 609.69 |
| 10. | Card Member Services | Unsecured | 1,151.48 | 1,151.48 |
| 11. | Capital One | Unsecured | 1,243.06 | 1,243.06 |
| 12. | Resurgent Capital Services | Unsecured | 3,422.77 | 3,422.77 |
| 13. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 14. | Fingerhut | Unsecured |  | No Claim Filed |
| 15. | Household Credit Services | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 18. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,472.07 | $ 19,472.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 419.94 |
| 5% | 125.26 |
| 4.8% | 217.54 |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Swinock, Raylene M

Printed: 2/26/08

Case Number: 05 B 29704
Judge: Wedoff, Eugene R
Filed: 7/28/05

                5.4%                317.47
                                  _____
                                $ 1,080.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

